No. 87–658.   Ross et ux. v. City of Rolling Hills Estates et al.   Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of a properly presented federal question.

No. 87–583.   United Paperworkers International Union, AFL–CIO, Local No. 1069 v. S. D. Warren Co., a Division of Scott Paper Co.   C. A. 1st Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Paperworkers* v. *Misco, Inc., ante,* p. 29.

No. 85–1765.   Bankers Life & Casualty Co. v. Crenshaw. Sup. Ct. Miss.   [Probable jurisdiction noted, 480 U. S. 915.] Conditional motion of appellee for leave to file a supplemental brief after argument granted.   Justice Stevens took no part in the consideration or decision of this motion.

No. 86–1052.   Volkswagenwerk Aktiengesellschaft v. Schlunk, Administrator of the Estates of Schlunk et al. App. Ct. Ill., 1st Dist.   [Certiorari granted, *ante,* p. 895.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 86–1406.   Puerto Rico Department of Consumer Affairs et al. v. Isla Petroleum Corp. et al.   Temp. Emerg. Ct. App.   [Certiorari granted, *ante,* p. 814.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.   Justice O'Connor took no part in the consideration or decision of this motion.

No. 86–1743.   Monessen Southwestern Railway Co. v. Morgan.   Sup. Ct. Pa.   [Probable jurisdiction noted, *ante,* p. 813.]   Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted.

No. 87–65.   United States v. Providence Journal Co. et al.   C. A. 1st Cir.   [Certiorari granted, *ante,* p. 814.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.